AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 17, 2021**

SEAN F. McAVOY, CLERK

SHAWN TOMKO, on behalf of himself and similarly situated employees,

*Plaintiff*

v.

ITRON, INC.,

*Defendant*

Civil Action No. 2:20-cv-00375-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The proposed settlement agreement, ECF No. 58-1, is APPROVED. All Plaintiff's claims are DISMISSED WITH PREJUDICE with all parties to bear their own costs and attorney fees as specified in the proposed settlement agreement, ECF No. 58-1.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza Jr.  on a joint motion to Approve Settlement and Dismiss Case with Prejudice.

Date: 09/17/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*
Mishani Jack-Gonzalez